# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

## NO. 5:10-CR-00092-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ENRIQUE ARRIZON-SANTOYO ) | |

This cause having come on to be heard upon the Defendant's Motion for Permission to View Sealed Materials, and for good cause shown:

THE COURT finds that it is appropriate to allow appellate counsel permission to view sealed materials in this case while maintaining their confidentiality.

IT IS THEREFORE ORDERED that Sue Genrich Berry, Attorney at Law, is allowed permission to view sealed materials in this case so long as she serves as the Defendant's appellate counsel, and further, that she shall at all times maintain the confidentiality of those materials.

ENTER this the 12th day of September, 2011.

Honorable Malcolm Howard
Senior United States District Court Judge